

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| In the Interest of A.C.M., a Child, | § | No. 08-18-00014-CV |
| Appellant. | § | Appeal from the |
| | § | 383rd District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2008AG5651) |
| | § | |

**O R D E R**

The Court GRANTS the Appellee's Pro Se second motion for extension of time within which to file the brief until **November 25, 2018.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S PRO SE BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Ms. Melissa A. Soliz, the Appellee, prepare the Appellee's pro se brief and forward the same to this Court on or before November 25, 2018.

IT IS SO ORDERED this 26th day of October, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.